**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **STARR INTERNATIONAL COMPANY, INC.,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 1:14-cv-01593-CRC |
| **UNITED STATES OF AMERICA,** *et al.*, | ) ) |
| Defendants. | ) ) ) |
| **UNITED STATES OF AMERICA,** | ) ) |
| Counterclaim - Plaintiff, | ) ) |
| v. | ) ) |
| **STARR INTERNATIONAL COMPANY, INC.,** | ) ) |
| Counterclaim - Defendant. | ) ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Plaintiff and Counterclaim-Defendant Starr International Company, Inc. ("SICO") hereby notifies this Court that it has substituted Raj Madan, Paul McLaughlin, and Caroline Van Zile of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, 1440 New York Ave N.W., Washington, D.C. 20005 in place of Andrew Todd Wise, Thomas Edward Zehnle, and Kevin M. Downing of the law firm Miller & Chevalier, Chartered, 900 Sixteenth Street NW, Washington, D.C. 20006 as its attorneys of record in the above-referenced action. All further communications intended for Mr. Wise, Mr. Zehnle, and Mr. Downing in this matter shall be serviced on Mr. Madan, Mr. McLaughlin, and Ms. Van Zile.

Dated:  January 27, 2017     Respectfully submitted,

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

/s/ Rajiv Madan
Rajiv Madan (D.C. Bar No. 463317)
Paul McLaughlin (D.C. Bar No. 1015936)
Caroline Van Zile (D.C. Bar No. 1017942)
*Attorney for Plaintiff and Counterclaim-Defendant*
    *Starr International Company, Inc.*
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave. NW
Washington, D.C. 20005
Tel.: (202) 371-7020
Email:  raj.madan@skadden.com
            caroline.vanzile@skadden.com
            paul.mclaughlin@skadden.com

**MILLER & CHEVALIER, CHARTERED**

/s/ Andrew Todd Wise
Andrew Todd Wise
Thomas Edward Zehnle
Kevin M. Downing
Miller & Chevalier, Chartered
900 Sixteenth Street, NW
Washington, DC 20006
(202) 626-5818
Email: awise@milchev.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing NOTICE OF SUBSTITUTION OF COUNSEL was filed with the Clerk of the Court on January 27, 2017, using the CM/EMF system which will send notification of such filing to parties in said system.

        William E. Farrior
        Dennis M. Donohue
        Vassiliki E. Economides
        U.S. Department of Justice, Tax Division
        555 Fourth Street, NW
        Suite 6227
        Washington, DC 20001

        *Attorneys for Defendant & Counterclaim-Plaintiff*
        *United States of America*


        /s/ Rajiv Madan
        Rajiv Madan (D.C. Bar No. 463317)
        Skadden, Arps, Slate, Meagher & Flom LLP
        1440 New York Ave. NW
        Washington, D.C. 20005
        Tel.: (202) 371-7020
        raj.madan@skadden.com

        *Attorney for Plaintiff and Counterclaim-*
        *Defendant & Starr International Company, Inc.*