IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STARR INTERNATIONAL COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:14-cv-1593-CRC |
| UNITED STATES OF AMERICA, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> STARR INTERNATIONAL COMPANY, INC., <br><br> Counterclaim Defendant. | |

## ~~PROPOSED~~ ORDER

UPON CONSIDERATION of the Parties' Joint Motion for Entry of Judgment and to Set Briefing Schedule and the entire record herein, the motion is GRANTED. There being no just reason for delay, it is hereby

ORDERED that judgment be entered under Fed. R. Civ. P. 54(b) with respect to Plaintiff's claim; and it is further

ORDERED that the parties shall follow the following summary judgment briefing schedule with respect to the United States' counterclaim:

| | |
|---|---|
| United States' Opposition and Cross-Motion for Summary Judgment | On or Before September 5, 2017 |
| SICO's Opposition to the United States' Cross-Motion and Reply | On or Before October 5, 2017 |
| United States' Reply | On or before October 25, 2017 |

Date: 8/24/17

_____
CHRISTOPHER R. COOPER
United States District Judge