IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STARR INTERNATIONAL COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:14-cv-1593-CRC |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate, pursuant to Fed. R. Civ. P. 41, to the dismissal, with prejudice, of any and all claims asserted by Plaintiff, Starr International Company, Inc., in the above-captioned matter.  The parties agree that they will each bear their own costs, fees, and expenses, and that the proceeding may be terminated.

Dated: April 30, 2019

Respectfully submitted,

*Attorneys for Plaintiff*
*Starr International Co., Inc.*

*Attorneys for Defendant*
*United States of America*

*/s/ Rajiv Madan*

RICHARD E. ZUCKERMAN

Rajiv Madan (D.C. Bar #463317)
Christopher P. Bowers (D.C. Bar #468117)
Nathan P. Wacker (D.C. Bar #1004278)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave. NW
Washington, D.C. 20005
Tel.:   (202) 371-7000
Fax:   (202) 393-5760
E-mail:  raj.madan@skadden.com
          chris.bowers@skadden.com
          nathan.wacker@skadden.com

Principal Deputy Assistant Attorney General

*/s/ Dennis M. Donohue*

Dennis M. Donohue (OH Bar #0026504)
Chief Senior Litigation Counsel
Kyle L. Bishop
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044-0055
Tel.:   (202) 307-6492 (DMD)
         (202) 616-1878 (KLB)
Fax:   (202) 307-2504 (DMD)
         (202) 514-6866 (KLB)
E-mail:  Dennis.Donohue@usdoj.gov
          Kyle.L.Bishop@usdoj.gov

Of Counsel:
JESSIE K. LIU
United States Attorney for the District of
Columbia

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Stipulation of Dismissal with Prejudice was filed with the

Court via the Court's ECF system on April 30, 2019, and a copy of the Stipulation of Dismissal

with Prejudice was served on all counsel of record by operation of the ECF system on the same

date.


/s/ Rajiv Madan
Rajiv Madan